**1**

Bert WILLIAMS, alias Bert Fontain, alias Bert Montain, v. STATE. (No. 10737.) (Court of Criminal Appeals of Texas. March 2, 1927.) Appeal from District Court, Gillespie County; J. H. McLean, Judge. H. H. Sagebiel, of Fredericksburg, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of 12 years. The record is before us without statement of facts or bill of exceptions. The indictment appears regular. No fundamental error having been perceived, the judgment is affirmed.

**2**

Tom BOOKER et al., Plaintiffs in Error, v. R. B. HATCH, Defendant in Error.* (No. 7037.) (Court of Civil Appeals of Texas. Austin. Feb. 17, 1927. Rehearing Denied March 9, 1927.) Error from District Court, Kaufman County; Joel R. Bond, Judge. Ross Huffmaster, of Kaufman, for plaintiffs in error. Wynne & Wynne, of Kaufman, for defendant in error.

McCLENDON, C. J. Suit by defendants in error, referred to as plaintiffs, against plaintiffs in error, referred to as defendants, in trespass to try title to recover a 10-acre tract of land. Trial to jury upon special issues. Verdict and judgment for plaintiffs. Defendants seek review by writ of error. Plaintiffs have presented no assignment of error in their briefs, as the rules of briefing require. We have examined the record, and it presents no fundamental error, if in fact any error at all. The trial court's judgment is accordingly affirmed.

**3**

S. J. NACOL v. Nelson DEEB. (No. 1484.) (Court of Civil Appeals of Texas. Beaumont. Feb. 28, 1927. Rehearing Denied March 9, 1927.) Appeal from District Court, Jefferson County; J. D. Campbell, Judge. James A. Harrison, of Beaumont, for appellant. Dycus & Shivers, of Port Arthur, for appellee.

O'QUINN, J. Deeb sued Nacol for $1,100, alleged to be due on contract for the purchase of a stock of merchandise. The case was tried to a jury upon special issues. On the verdict of the jury judgment was rendered in favor of plaintiff for $956, interest thereon from June 18, 1923, and costs of suit. Motion for a new trial was overruled, and defendant appealed. All questions involved were fact questions, and these having been answered in favor of appellee by the jury, and the record containing evidence sufficient to support the verdict, the judgment should be affirmed; and it is so ordered. Affirmed.